IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN,

    Plaintiff,

v.

TOWN OF FIRESTONE;
TOWN OF FIRESTONE POLICE DEPARTMENT;
DAVID MONTGOMERY, TOWN OF FIRESTONE, CHIEF OF POLICE,
individually and officially; and
SERGEANT DAVID LAWLEY, individually and officially,

    Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 26, 2008, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 20, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: February 7, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge