IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                 March 26, 2008
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 08-cv-00121-RPM

| | |
|---|---|
| KELLY EGAN, | Paul J. Maxon |
| Plaintiff, | |
| v. | |
| TOWN OF FIRESTONE, | J. Andrew Nathan |
| TOWN OF FIRESTONE POLICE DEPARTMENT, | Allyson C. Hodges |
| DAVID MONTGOMERY, | Eric M. Ziporin |
| Town of Firestone Chief Of Police individually and officially, | Josh A. Marks |
| SERGEANT DAVID LAWLEY, individually and officially and DOES 1-99, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**3:06 p.m.      Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Maxon states there has been coverage by the local papers.

Discussion regarding internet site (postings, aliases and does1-99).

Discussion regarding case facts, claims, damages and defenses.
Mr. Maxon further states there was a Colorado Government Immunity Act Notice and a Right to Sue Letter issued by the EEOC.
Counsel agree to confer to resolve any issues concerning scope of medical releases.
Court states Rule 11 defense is only recognized by motion pursuant to the rules.

**ORDERED:    Scheduling Order approved.**
**Motion for Entry of Stipulation and Protective Order, filed March 24, 2008 [23], is granted.**
**Length of depositions 7 hrs.**

**3:32 p.m.      Court in recess.**          Hearing concluded.  Total time: 26 min.