IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN,

Plaintiff
v.

TOWN OF FIRESTONE;
TOWN OF FIRESTONE POLICE DEPARTMENT;
DAVID MONTGOMERY, TOWN OF FIRESTONE CHIEF OF POLICE, individually and officially;
SERGEANT DAVID LAWLEY, individually and officially;
DOES 1–99 (TOWN OF FIRESTONE POLICE OFFICERS WHOSE IDENTITIES ARE PRESENTLY UNKNOWN), individually and officially,

Defendants.

**ORDER TO AMEND THE SCHEDULING ORDER PURSUANT TO F.R.C.P. 6(b)**

Upon consideration of Plaintiff's Unopposed Motion to Amend the Scheduling Order Pursuant to F.R.C.P. 6(b), and being fully advised on the premises and finding good cause therefore, it is

ORDERED that the motion be granted. The parties shall have up to and including October 7, 2008 to conduct discovery via agreed-upon depositions, and up to and including November 21, 2008 to file any dispositive motions.

DATED this 22nd day of August, 2008.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge

1