IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 8, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00121-RPM

KELLY EGAN,     Paul J. Maxon

    Plaintiff,

v.

TOWN OF FIRESTONE,     J. Andrew Nathan
TOWN OF FIRESTONE POLICE DEPARTMENT,     Marni L. Kloster
DAVID MONTGOMERY,     Gillian M. Fahlsing
Town of Firestone Chief Of Police individually and officially,
SERGEANT DAVID LAWLEY, individually and officially and     Jennifer Zimmerman
DOES 1-99,

    Defendants.

and

THE COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,     Katie Allison

    Interested Party.
_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**2:00 p.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

2:00 p.m.     Argument by Mr. Maxon [36].
2:02 p.m.     Argument by Ms. Allison.
2:06 p.m.     Further argument by Mr. Maxon. **Request is limited Ms. Egan's reports of efforts to find employment.**

**ORDERED:**     **Colorado Department of Labor and Employment shall file an affidavit and or declaration certifying that a search has been performed for the requested documents by plaintiff and that there is no such record or report or alternatively a deposition will be taken.**
    **Motion to Quash Subpena Duces Tecum, filed July 2, 2008 [36], is ruled on as ordered.**

September 8, 2008
08-cv-00121-RPM

2:07 p.m.     Argument by Mr. Maxon [37].
2:18 p.m.     Argument by Mr. Nathan.

**ORDERED:   Defendant Town of Firestone's Motion for Protective Order, filed July 18, 2008 [37], is granted as disputed discovery is not necessary.**

**2:20 p.m.     Court in recess.**

Hearing concluded. Total time: 20 min.