IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN,

    Plaintiff,

v.

TOWN OF FIRESTONE;
TOWN OF FIRESTONE POLICE DEPARTMENT;
DAVID MONTGOMERY, TOWN OF FIRESTONE, CHIEF OF POLICE,
individually and officially; and
SERGEANT DAVID LAWLEY, individually and officially,

    Defendants.

## ORDER FOR CLARIFICATION

Upon consideration of the plaintiff's motion to amend the scheduling order, filed August 25, 2008 [51] and the Town of Firestone's response, filed August 29, 2008 [52] and it being unclear as to the specific request being made, it is

ORDERED that the plaintiff will clarify the motion to identify specifically the relief requested.

Dated: September 9, 2008

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge