IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN,

    Plaintiff,

v.

TOWN OF FIRESTONE;
TOWN OF FIRESTONE POLICE DEPARTMENT;
DAVID MONTGOMERY, TOWN OF FIRESTONE, CHIEF OF POLICE,
individually and officially; and
SERGEANT DAVID LAWLEY, individually and officially,

    Defendants.

## ORDER AMENDING SCHEDULING ORDER

Pursuant to the Clarification of Plaintiff's Unopposed Motion to Amend the Scheduling Order, filed September 10, 2008, it is

ORDERED that the motion to amend scheduling order is granted. The discovery cut-off date is extended through October 7, 2008, and the dispositive motions deadline through November 21, 2008.

Dated: October 6, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge