IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN,

    Plaintiff,

v.

TOWN OF FIRESTONE;
TOWN OF FIRESTONE POLICE DEPARTMENT;
DAVID MONTGOMERY, TOWN OF FIRESTONE, CHIEF OF POLICE,
individually and officially; and
SERGEANT DAVID LAWLEY, individually and officially,

    Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANT DAVID MONTGOMERY

---

Pursuant to the Stipulation for Dismissal with Prejudice [63], filed on November 20, 2008, it is

ORDERED that Plaintiff's claims against Defendant David Montgomery are dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated: November 21, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge