IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN

    Plaintiff(s),

v.

TOWN OF FIRESTONE;

TOWN FOR FIRESTONE POLICE DEPARTMENT;

DAVID MONTGOMERY, Town of Firestone Chief of Police, Individually and Officially;

SERGEANT DAVID LAWLEY, Individually and Officially; and

DOES 1-99 (Town of Firestone Police Officers Whose Identities Are Presently Unknown), Individually and Officially

    Defendant(s).

_____

**ORDER FOR DISMISSAL OF
DEFENDANT DAVID LAWLEY WITH PREJUDICE**
_____

Pursuant to the Joint Stipulated Motion to Dismiss Defendant David Lawley With Prejudice [64], filed on November 20, 2008, it is.

ORDERED that the Defendant David Lawley is DISMISSED WITH PREJUDICE. Plaintiff and Defendant Lawley are to pay their own fees and costs. The case caption should also be revised for future filings to reflect Mr. Lawley's removal from this case.

Dated this 21st day of November, 2008.

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____

                                         Richard P. Matsch, Senior District Judge