IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00121-RPM

KELLEY EGAN,

    Plaintiff,

v.

TOWN OF FIRESTONE;
TOWN OF FIRESTONE POLICE DEPARTMENT;
DOES 1-99 (TOWN OF FIRESTONE POLICE OFFICERS WHOSE IDENTITIES ARE PRESENTLY UNKNOWN), individually and officially,

    Defendants.

---

## ORDER FOR DISMISSAL OF ALL REMAINING CLAIMS

Pursuant to the Stipulation for Dismissal with Prejudice [65], filed on November 20, 2008, it is

ORDERED that Plaintiff's claims against the remaining defendants, Town of Firestone, Firestone Police Department and all Does, are dismissed with prejudice, each party to bear their own costs and attorney fees.

    Dated: November 21, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge